UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 19 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **4:19CR776 AGF/NAB** |
| WILL SEWELL, | ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about April 17, 2019, in St. Louis City, within the Eastern District of Missouri,

**WILL SEWELL,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm and ammunition, and that firearm and ammunition previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ANTHONY BOX #58575MO
Assistant United States Attorney